**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Elvira Rodriguez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | **21-10645-RAM** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $ **401,506.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $ **985.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ **402,491.00** |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **369,174.18** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ **9,677.72** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **55,574.28** |
| **Your total liabilities** | $ **434,426.18** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ **3,000.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ **1,687.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Elvira Rodriguez**                                     Case number *(if known)*  **21-10645-RAM**

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **3,000.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **9,677.72** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **9,677.72** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Elvira Rodriguez** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-10645-RAM** |
| (if known) | |

■ Check if this is an
  amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number   **6832** | **$9,677.72** | **$3,943.17** | **$5,734.55** |

Priority Creditor's Name
**Centralized Insolvency Operation**      When was the debt incurred?    **Tax Year 2013**
**P. O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                  ☐ Disputed

☐ At least one of the debtors and another     **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**      ☐ Domestic support obligations

**Is the claim subject to offset?**           ■ Taxes and certain other debts you owe the government

■ No                                          ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                         ☐ Other. Specify _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Elvira Rodriguez**

Case number (if known)    **21-10645-RAM**

---

| 4.1 | **Baptist Hospital** | Last 4 digits of account number | **5890** | | **$1,705.00** |

Nonpriority Creditor's Name
**P.O. Box 198116**
**Atlanta, GA 30364**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.2 | **Baptist Hospital Of Miami** | Last 4 digits of account number | **8828** | | **$15,725.00** |

Nonpriority Creditor's Name
**P.O. Box 1988116**
**Atlanta, GA 30384**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.3 | **Beneficial/HFC** | Last 4 digits of account number | **2327** | | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5263**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened  6/30/06  Last Active 7/12/06**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Check Credit Or Line Of Credit**

---

| Debtor 1 | **Elvira Rodriguez** | Case number *(if known)* | **21-10645-RAM** |

---

| 4.4 | **Capio Partners LLC** | Last 4 digits of account number | **5510** | $492.80 |

Nonpriority Creditor's Name

**Po Box 3209**
**Sherman, TX 75091**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical**

---

| 4.5 | **Capital One** | Last 4 digits of account number | **2812** | $0.00 |

Nonpriority Creditor's Name

**Po Box 5253**
**Carol Stream, IL 60197**

When was the debt incurred?    **Opened  7/25/96  Last Active 6/22/07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **3731** | $0.00 |

Nonpriority Creditor's Name

**Po Box 30253**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened  7/13/06  Last Active 6/30/07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Elvira Rodriguez**                                      Case number (if known)   **21-10645-RAM**

| 4.7 | **Capital One** | Last 4 digits of account number | **4813** | $0.00 |

Nonpriority Creditor's Name

**Po Box 5253**
**Carol Stream, IL 60197**

When was the debt incurred?   **Opened  7/25/96  Last Active 4/18/07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.8 | **Capital One** | Last 4 digits of account number | **3736** | $0.00 |

Nonpriority Creditor's Name

**Po Box 30253**
**Salt Lake City, UT 84130**

When was the debt incurred?   **Opened  7/13/06  Last Active 4/18/07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.9 | **Carmax Auto Finance** | Last 4 digits of account number | **9712** | $7,311.80 |

Nonpriority Creditor's Name

**P.O. Box 440609**
**Kennesaw, GA 30160**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Auto**

---

Debtor 1  **Elvira Rodriguez**                                                Case number (if known)  **21-10645-RAM**

| | |
|---|---|
| **4.10** | **Ccs/bryant State Bank** |

Nonpriority Creditor's Name

**500 E 60th St N
Sioux Falls, SD 57104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8487**                          **$254.00**

When was the debt incurred?    **Opened  5/01/15  Last Active
9/13/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| | |
|---|---|
| **4.11** | **Chase Card Services** |

Nonpriority Creditor's Name

**Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0063**                          **$0.00**

When was the debt incurred?    **Opened  8/01/00  Last Active
8/18/05**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| | |
|---|---|
| **4.12** | **Citi** |

Nonpriority Creditor's Name

**CitiorpCredit Services/Centralized
Bankr
Po Box 790040
Saint Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3957**                          **$0.00**

When was the debt incurred?    **Opened 12/01/99  Last Active
9/26/05**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Elvira Rodriguez**                                   Case number (if known)    **21-10645-RAM**

---

| 4.13 | **City Ntl Bk/Ocwen Loan Service** | Last 4 digits of account number | **3241** | $0.00 |

Nonpriority Creditor's Name
**Attn:Bankruptcy Dept**
**Po Box 24738**                                   When was the debt incurred?    **Opened  1/01/06  Last Active**
**West Palm Beach, FL 33416**                      **1/11/07**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only                                    □ Contingent
□ Debtor 1 and Debtor 2 only                       □ Unliquidated
□ At least one of the debtors and another          □ Disputed
□ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**                □ Student loans
■ No                                               □ Obligations arising out of a separation agreement or divorce that you did not
□ Yes                                              report as priority claims
                                                   □ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify    **Real Estate Mortgage**

---

| 4.14 | **Columbia Gas (Formerly Baystate Gas)** | Last 4 digits of account number | **2001** | $0.00 |

Nonpriority Creditor's Name
**Po Box 2025**                                    When was the debt incurred?    **Opened  1/01/10**
**Attn: Bankruptcy Department**
**Springfield, MA 01102**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only                                    □ Contingent
□ Debtor 1 and Debtor 2 only                       □ Unliquidated
□ At least one of the debtors and another          □ Disputed
□ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**                □ Student loans
■ No                                               □ Obligations arising out of a separation agreement or divorce that you did not
□ Yes                                              report as priority claims
                                                   □ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify    **Collection Attorney Columbia House**

---

| 4.15 | **Credence Resource Management LLC** | Last 4 digits of account number | **4063** | $59.22 |

Nonpriority Creditor's Name
**P.O. Box 2420**                                  When was the debt incurred?
**Southgate, MI 48195**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only                                    □ Contingent
□ Debtor 1 and Debtor 2 only                       □ Unliquidated
□ At least one of the debtors and another          □ Disputed
□ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**                □ Student loans
■ No                                               □ Obligations arising out of a separation agreement or divorce that you did not
□ Yes                                              report as priority claims
                                                   □ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify    **Collection**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Elvira Rodriguez**                                             Case number *(if known)*  **21-10645-RAM**

---

| 4.16 | **Credit Collections Svc** | Last 4 digits of account number | **5240** | $292.00 |

Nonpriority Creditor's Name
**Po Box 773**
**Needham, MA 02494**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **06 Infinity Auto Insurance Compan**

---

| 4.17 | **Credit One Bank** | Last 4 digits of account number | **0927** | $987.88 |

Nonpriority Creditor's Name
**P.O. Box  60500**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

| 4.18 | **Ditech** | Last 4 digits of account number | **7194** | $0.00 |

Nonpriority Creditor's Name
**332 Minnesota St Ste 610**
**Saint Paul, MN 55101**
Number Street City State Zip Code

When was the debt incurred?   **Last Active  7/20/06**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Automobile**

---

| Debtor 1 | Elvira Rodriguez | Case number (if known) | 21-10645-RAM |

---

**4.19** **Ditech** | Last 4 digits of account number **7061** | **$0.00**

Nonpriority Creditor's Name

**332 Minnesota St Ste 610**
**Saint Paul, MN 55101**
Number Street City State Zip Code

When was the debt incurred? **Last Active 7/20/06**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Automobile**

---

**4.20** **First National Bank** | Last 4 digits of account number **0927** | **$576.00**

Nonpriority Creditor's Name

**Attn: FNN Legal Dept**
**1620 Dodge St., Stop Code 3290**
**Omaha, NE 68197**
Number Street City State Zip Code

When was the debt incurred? **Opened  4/01/14  Last Active 9/13/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit Card**

---

**4.21** **First Premier Bank** | Last 4 digits of account number **7816** | **$626.00**

Nonpriority Creditor's Name

**Po Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred? **Opened  3/01/15  Last Active 9/11/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit Card**

---

Debtor 1  **Elvira Rodriguez**

Case number (if known)    **21-10645-RAM**

---

| 4.22 | **First Premier Bank** | Last 4 digits of account number | **9508** | **$0.00** |

Nonpriority Creditor's Name

**Po Box 5524**
**Sioux Falls, SD 57117**

When was the debt incurred?    **Opened  2/01/07  Last Active 7/01/07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.23 | **Ford Motor Credit Corporation** | Last 4 digits of account number | **4325** | **$0.00** |

Nonpriority Creditor's Name

**Ford Motor Credit**
**Po Box 6275**
**Dearborn, MI 48121**

When was the debt incurred?    **Opened  5/01/06  Last Active 8/11/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Lease**

---

| 4.24 | **Ford Motor Credit Corporation** | Last 4 digits of account number | **1185** | **$0.00** |

Nonpriority Creditor's Name

**Ford Motor Credit**
**Po Box 6275**
**Dearborn, MI 48121**

When was the debt incurred?    **Opened  3/01/03  Last Active 7/12/06**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Lease**

---

Debtor 1  **Elvira Rodriguez**                                    Case number (if known)    **21-10645-RAM**

| | | |
|---|---|---|

**4.25** | **Humana** | Last 4 digits of account number    **1832** | **$819.02**

Nonpriority Creditor's Name
**P.O. Box 14642**
**Lexington, KY 40512**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Insurance**

---

**4.26** | **Infinity Insurance Companies** | Last 4 digits of account number    **6001** | **$356.60**

Nonpriority Creditor's Name
**P.O. Box 2153**
**Birmingham, AL 35287**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Auto Insurance**

---

**4.27** | **Internal Revenue Service** | Last 4 digits of account number    **6832** | **$2,306.98**

Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Tax Year 2013**

---

Debtor 1  **Elvira Rodriguez**                                    Case number (if known)    **21-10645-RAM**

---

| 4.28 | **Internal Revenue Service** | Last 4 digits of account number    **6832** | **$1,951.00** |

Nonpriority Creditor's Name

**Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    □ Contingent
□ Debtor 2 only                                    □ Unliquidated
□ Debtor 1 and Debtor 2 only                       □ Disputed
□ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community debt**   □ Student loans
**Is the claim subject to offset?**                □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                               □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                              ■ Other. Specify    **Tax Year 2014**

---

| 4.29 | **Internal Revenue Service** | Last 4 digits of account number    **6832** | **$2,217.68** |

Nonpriority Creditor's Name

**Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    □ Contingent
□ Debtor 2 only                                    □ Unliquidated
□ Debtor 1 and Debtor 2 only                       □ Disputed
□ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community debt**   □ Student loans
**Is the claim subject to offset?**                □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                               □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                              ■ Other. Specify    **Tax Year 2015**

---

| 4.30 | **Internal Revenue Service** | Last 4 digits of account number    **6832** | **$1,315.27** |

Nonpriority Creditor's Name

**Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    □ Contingent
□ Debtor 2 only                                    □ Unliquidated
□ Debtor 1 and Debtor 2 only                       □ Disputed
□ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community debt**   □ Student loans
**Is the claim subject to offset?**                □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                               □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                              ■ Other. Specify    **Tax Year 2016**

---

Debtor 1   **Elvira Rodriguez**                                          Case number *(if known)*   **21-10645-RAM**

---

| 4.31 | **Internal Revenue Service** | Last 4 digits of account number   **6832** | **$1,042.99** |

Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Tax Year 2017**

---

| 4.32 | **Jackson Health System** | Last 4 digits of account number   **2674** | **Unknown** |

Nonpriority Creditor's Name
**1611 NW 12 Ave**
**Miami, FL 33136**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.33 | **K To B Llc** | Last 4 digits of account number   **1298** | **$0.00** |

Nonpriority Creditor's Name

**700 S Royal Poinciana Bl**
**Miami Springs, FL 33166**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/01/09  Last Active 4/20/12**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 **Elvira Rodriguez**                                                   Case number (if known)    **21-10645-RAM**

---

| 4.34 | **Kohls/capone** | Last 4 digits of account number | **3165** | $277.00 |

Nonpriority Creditor's Name

**N56 W 17000 Ridgewood Dr**
**Menomonee Falls, WI 53051**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 11/01/14  Last Active 9/10/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| 4.35 | **Midwest Collections** | Last 4 digits of account number | **4929** | $1,388.00 |

Nonpriority Creditor's Name

**MediCredit Corp.**
**Po Box 411187**
**St. Louis, MO 63141**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened  4/01/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney University Of Miami**

---

| 4.36 | **My Money Monitor** | Last 4 digits of account number | **9375** | $336.50 |

Nonpriority Creditor's Name

**3801 Pegasus Dr. Ste. 101**
**Bakersfield, CA 93308**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

Debtor 1    **Elvira Rodriguez**

Case number (if known)    **21-10645-RAM**

| 4.37 | **Nationwide Acceptance** | Last 4 digits of account number | **5194** | $0.00 |

Nonpriority Creditor's Name

**105 Decker Ct. Suite 725**
**Irving, TX 75062**

Number Street City State Zip Code

When was the debt incurred?    **Opened  1/01/05  Last Active**
**1/01/06**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Real Estate Mortgage**

---

| 4.38 | **NPAS, Inc** | Last 4 digits of account number | **1553** | $1,388.63 |

Nonpriority Creditor's Name
**P.O. Box 99008**
**Bedford, TX 76095**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection**

---

| 4.39 | **Progressive** | Last 4 digits of account number | **1225** | $53.24 |

Nonpriority Creditor's Name
**P.O. Box 105428**
**Atlanta, GA 30348**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Insurance**

| Debtor 1 | Elvira Rodriguez | Case number (if known) | 21-10645-RAM |
|---|---|---|---|

**4.40** | **Randle Eastern Amb Service Inc** | Last 4 digits of account number | 8100 | $57.53

Nonpriority Creditor's Name
P.O. Box 402079
Atlanta, GA 30384

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Medical**

---

**4.41** | **Rushmore Loan Management Services** | Last 4 digits of account number | 4207 | $0.00

Nonpriority Creditor's Name
Attn: Bankruptcy
15480 Laguna Canyon Rd
Irvine, CA 92619

When was the debt incurred?  **Opened 1/24/06 Last Active 6/12/06**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Real Estate Mortgage**

---

**4.42** | **Select Portfolio Servicing** | Last 4 digits of account number | 4399 | $0.00

Nonpriority Creditor's Name

Po Box 65250
Salt Lake City, UT 84165

When was the debt incurred?  **Opened 1/01/07 Last Active 12/05/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Real Estate Mortgage**

Debtor 1  **Elvira Rodriguez**                                     Case number *(if known)*  **21-10645-RAM**

---

| 4.43 | **Syncb/home Climate** | Last 4 digits of account number | **5041** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/o Po Box 965036
Orlando, FL 32896**

When was the debt incurred?    **Opened  9/25/05  Last Active
12/01/07**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Charge Account**

---

| 4.44 | **Synchrony Bank/Home Design** | Last 4 digits of account number | **8498** | **$1,022.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076**

When was the debt incurred?    **Opened  9/01/14  Last Active
9/11/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Charge Account**

---

| 4.45 | **United Collection Serv** | Last 4 digits of account number | **4250** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**106 Commerce St Ste 101
Lake Mary, FL 32746**

When was the debt incurred?    **Opened  8/01/13**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collection Attorney American Ambulance - Falck**

---

Debtor 1   **Elvira Rodriguez**                                   Case number (if known)   **21-10645-RAM**

| | | |
|---|---|---|
| **4.46** | **United Collection Serv** | Last 4 digits of account number   **5696**   $0.00 |

Nonpriority Creditor's Name
**106 Commerce St Ste 101**
**Lake Mary, FL 32746**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened  4/01/12**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection Attorney American Ambulance Service**

---

| | | |
|---|---|---|
| **4.47** | **University Of Miami Health System** | Last 4 digits of account number   **7955**   $45.90 |

Nonpriority Creditor's Name
**P.O. Box 741199**
**Atlanta, GA 30374**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.48** | **University Of Miami Health System** | Last 4 digits of account number   **7955**   $533.68 |

Nonpriority Creditor's Name
**P.O. Box 741199**
**Atlanta, GA 30374**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical**

---

Debtor 1 **Elvira Rodriguez**                                    Case number (if known) **21-10645-RAM**

| | | |
|---|---|---|
| 4.49 | **University Of Miami Health System** | Last 4 digits of account number **7955** |

| | |
|---|---|
| **University Of Miami Health System**<br>Nonpriority Creditor's Name<br>**P.O. Box 741199**<br>**Atlanta, GA 30374**<br>Number Street City State Zip Code | Last 4 digits of account number **7955**        $487.78 |

**4.49**

Nonpriority Creditor's Name
**P.O. Box 741199**
**Atlanta, GA 30374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

**4.50**   **University Of Miami Health System**        Last 4 digits of account number **7955**        $512.78

Nonpriority Creditor's Name
**P.O. Box 741199**
**Atlanta, GA 30374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

**4.51**   **World Omni F**        Last 4 digits of account number **0518**        $11,432.00

Nonpriority Creditor's Name

**Po Box 91060**
**Mobile, AL 36691**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **Opened  3/01/15  Last Active 9/30/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Lease**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

                                                                        **Total Claim**

| Debtor 1 | **Elvira Rodriguez** | Case number (if known) | **21-10645-RAM** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                         0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                   9,677.72 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                         0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                         0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $                   9,677.72 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $                         0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                         0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                         0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $                 55,574.28 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $                 55,574.28 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Elvira Rodriguez** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **21-10645-RAM** |
| (if known) | |

■ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | | |
|---|---|---|---|
| X | **/s/ Elvira Rodriguez** | X | |
| | **Elvira Rodriguez** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | Date  **February  2, 2021** | | Date |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy